**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number (*if known*) _____    Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Lowgap Grocery & Grill, LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-5450650** | |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **8773 W. Pine St** <br> **Lowgap, NC 27024** <br> Number, Street, City, State & ZIP Code | **PO Box 130** <br> **Lowgap, NC 27024** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Surry** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **Lowgap Grocery & Grill, LLC**                                                    Case number (*if known*) _____
                      Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor   **Lowgap Grocery & Grill, LLC**                                    Case number (*if known*) _____
         _____
         Name

---

**11.  Why is the case filed in this district?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

■  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?   **UST-Tanks** _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?**    **8773 W. Pine St**
                             **Lowgap, NC, 27024-0000**
                             _____
                             Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.  Insurance agency  _____
         Contact name     _____
         Phone            _____

---

| | **Statistical and administrative information** |
|---|---|

**13.  Debtor's estimation of available funds**      .   *Check one:*

☐  Funds will be available for distribution to unsecured creditors.

■  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Lowgap Grocery & Grill, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  3, 2018**
                MM / DD / YYYY

**X** **/s/ Steven Rohlfing**                                    **Steven Rohlfing**
Signature of authorized representative of debtor          Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Steven Kent Taylor**                            Date    **April  3, 2018**
Signature of attorney for debtor                                    MM / DD / YYYY

**Steven Kent Taylor 32333**
Printed name

**Taylor Law Office, P.C.**
Firm name

**2280 S. Church St.**
**Suite 203**
**Burlington, NC 27215**
Number, Street, City, State & ZIP Code

Contact phone    **336-376-7060**          Email address    **Marshall@Taylorlawnc.com**

**32333 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Lowgap Grocery & Grill, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April  3, 2018__      X **/s/ Steven Rohlfing**
                                          Signature of individual signing on behalf of debtor

                                          **Steven Rohlfing**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Lowgap Grocery & Grill, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*...............................................................................................    $    **455,920.00**

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.............................................................................................    $    **4,073.65**

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...............................................................................................    $    **459,993.65**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **873,816.71**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    **12,209.34**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    **51,938.83**

4.   Total liabilities ...........................................................................................................................
     Lines 2 + 3a + 3b

     $    **937,964.88**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Lowgap Grocery & Grill, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$287.43** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Surrey Bank & Trust** | **Checking: Store Account** | **4537** | **$13.53** |
| 3.2. | **Surrey Bank & Trust** | **Lottery Account** | **4499** | **$0.00** |
| 3.3. | **Surrey Bank & Trust** | **Checking: General Account** | **4480** | **$0.00** |
| 3.4. | **Surrey Bank & Trust** | **Checking: Capital Improvement** | **5495** | **$0.00** |
| 3.5. | **First Citizens Bank** | **Business Checking** | **2029** | **$51.69** |
| 3.6. | **Carter Bank & Trust (Fuel Clearing Account)** | **Checking** | **1101** | **$0.00** |

Debtor    **Lowgap Grocery & Grill, LLC**                                    Case number *(If known)* _____
          Name

4.        **Other cash equivalents** *(Identify all)*

5.        **Total of Part 1.**                                                                    | $352.65 |

          Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.        **Deposits, including security deposits and utility deposits**
          Description, including name of holder of deposit

   7.1.   **Security Deposit to Duke Power**                                                         **$3,000.00**

8.        **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
          Description, including name of holder of prepayment

   8.1.   **Prepaid Insurance**                                                                          **$0.00**

   8.2.   **Prepaid License for UST registration**                                                    **Unknown**

9.        **Total of Part 2.**                                                                    | $3,000.00 |

          Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.       **Accounts receivable**

   11b. Over 90 days old:        **2,800.00**    -        **2,500.00**  =....                         **$300.00**
                             face amount              doubtful or uncollectible accounts

12.       **Total of Part 3.**                                                                    | $300.00 |

          Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ■ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                           Best Case Bankruptcy

Debtor   **Lowgap Grocery & Grill, LLC**                                    Case number *(If known)* _____
         Name

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** Inventory few canned goods and bags of ice in the ice freezers | | $0.00 | | $20.00 |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

       Add lines 19 through 22.  Copy the total to line 84.

| | |
|---|---|
| | $20.00 |

24.    **Is any of the property listed in Part 5 perishable?**
  ■ No
  ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
  ■ No
  ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No.  Go to Part 7.
  ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ☐ No.  Go to Part 8.
  ■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39.  **Office furniture** | | | | |
| 40.  **Office fixtures** | | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** Computer | | $0.00 | | $400.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Debtor    **Lowgap Grocery & Grill, LLC**                                      Case number *(If known)* _____
_____
Name

| | |
|---|---|
| 43. | **Total of Part 7.** | **$400.00** |

Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Equipment all grill equipment believed to be<br>fixtures and part of real property** | **$0.00** | | **$1.00** |

| | |
|---|---|
| 51. | **Total of Part 8.** | **$1.00** |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse, | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| Debtor | **Lowgap Grocery & Grill, LLC** | Case number *(If known)* | |
|--------|------|------|--|
| | Name | | |

| | | | | | |
|--|--|--|--|--|--|
| apartment or office building, if available. | | | | | |
| 55.1. | **8773 W. Pine St., Lowgap, NC 27024 Convenience Store and Restaurant and land and house located on lot next door but uses street address of 8793 W. Pine Street.  All secured under same note.** | Fee simple | $650,799.34 | tax value | $455,920.00 |

| 56. | **Total of Part 9.** | | $455,920.00 |
|-----|------|--|------|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|------|------|------|------|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** **Good Will** | $0.00 | | Unknown |

| 66. | **Total of Part 10.** | | $0.00 |
|-----|------|--|------|
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor      **Lowgap Grocery & Grill, LLC**                                    Case number *(If known)* _____
                        Name

69.      **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Lowgap Grocery & Grill, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $352.65 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $300.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $400.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $455,920.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,073.65 | + 91b. $455,920.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $459,993.65 |

91C *(09/13)*

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **In the Matter of:**<br>**Lowgap Grocery & Grill, LLC**                )<br>                                                                )<br>                                                                )<br>                                                                )<br>                                                                )<br>**Debtor.**                )  | **Case No.** _____<br><br>**DEBTOR'S CLAIM FOR PROPERTY EXEMPTIONS** |

I, __Steven Rohlfing__ , the undersigned debtor, hereby claim the following property as exempt pursuant to 11 U.S.C. § 522(b)(3)(A), (B), and (C), the Laws of the State of North Carolina, and non-bankruptcy federal law.

☐ Check if the debtor claims as exempt any amount of interest that exceeds $125,000 in value in property that the debtor or a dependent of the debtor uses as a residence.

1. **REAL OR PERSONAL PROPERTY USED BY DEBTOR OR DEBTOR'S DEPENDENT AS RESIDENCE OR BURIAL PLOT.** (NCGS 1C-1601(a)(1)).
Select appropriate exemption amount below:
   ■   Total net value not to exceed $35,000.
   ☐   Total net value not to exceed $60,000. (Debtor is unmarried, 65 years of age or older, property was previously owned by debtor as tenant by the entireties or joint tenant with rights of survivorship, and former co-owner is deceased.)

| Description of<br>Property & Address<br>**-NONE-** | Market<br>Value | Mtg. Holder or Lien<br>Holder(s) | Amt. Mtg.<br>or Lien | Net<br>Value |
|---|---|---|---|---|
| | | (a) Total Net Value | $ _____ 0.00 | |
| | | Total Net Exemption | $ _____ 0.00 | |
| | | (b) Unused portion of exemption, not to exceed $5,000. | $ _____ 5,000.00 | |

(This amount, if any, may be carried forward and used to claim an exemption in any property owned by the debtor. (NCGS 1C-1601(a)(2)).

2. **TENANCY BY THE ENTIRETY.** The following property is claimed as exempt pursuant to 11 U.S.C. § 522(b)(3)(B) and the laws of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of<br>Property & Address<br>**-NONE-** | Market<br>Value | Mtg. Holder or Lien<br>Holder(s) | Amt. Mtg.<br>or Lien | Net<br>Value |
|---|---|---|---|---|

3. **MOTOR VEHICLE.** (NCGS 1C-1601(a)(3). Only one vehicle allowed under this paragraph with net value claimed as exempt not to exceed $3,500.)

| Year, Make,<br>Model of Auto<br>**-NONE-** | Market<br>Value | Lien Holder(s) | Amt. Lien | Net<br>Value |
|---|---|---|---|---|
| (a) Statutory allowance | | | $ _____ 3,500 | |
| (b) Amount from 1 (b) above to be used in this paragraph.<br>    (A part or all of 1 (b) may be used as needed.) | | | $ _____ | |
| | | Total Net Exemption | $ _____ 0.00 | |

4. **TOOLS OF TRADE, IMPLEMENTS, OR PROFESSIONAL BOOKS.** (NCGS 1C-1601(a)(5). Used by debtor or debtor's dependent. Total net value of all items claimed as exempt not to exceed $2,000.)

| Description<br>**-NONE-** | Market<br>Value | Lien Holder(s) | Amt. Lien | Net<br>Value |
|---|---|---|---|---|

91C *(09/13)*

| | | |
|---|---|---|
| (a) Statutory allowance | $ | 2,000 |
| (b) Amount from 1 (b) above to be used in this paragraph. | $ | |
| (A part or all of 1 (b) may be used as needed.) | | |
| Total Net Exemption | $ | **0.00** |

5.　**PERSONAL PROPERTY USED FOR HOUSEHOLD OR PERSONAL PURPOSES NEEDED BY DEBTOR OR DEBTOR'S DEPENDENTS.** (NCGS 1C-1601(a)(4). Debtor's aggregate interest, not to exceed $5,000 in value for the debtor plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |
| | | | Total Net Value | **0.00** |

| | | |
|---|---|---|
| (a) Statutory allowance for debtor | $ | 5,000 |
| (b) Statutory allowance for debtor's dependents: __0__ dependents at $1,000 each (not to exceed $4,000 total for dependents) | | **0.00** |
| (c) Amount from 1(b) above to be used in this paragraph. (A part or all of 1 (b) may be used as needed.) | | |
| | Total Net Exemption | **0.00** |

6.　**LIFE INSURANCE.** (As provided in Article X, Section 5 of North Carolina Constitution.)

Name of Insurance Company\Policy No.\Name of Insured\Policy Date\Name of Beneficiary
-NONE-

7.　**PROFESSIONALLY PRESCRIBED HEALTH AIDS (FOR DEBTOR OR DEBTOR'S DEPENDENTS).** (NCGS 1C-1601(a)(7). No limit on value or number of items.)

Description:
-NONE-

8.　**DEBTOR'S RIGHT TO RECEIVE FOLLOWING COMPENSATION:** (NCGS 1C-1601(a)(8). No limit on number or amount.)

A. $　-NONE-　Compensation for personal injury to debtor or to person whom debtor was dependent for support.
B. $　-NONE-　Compensation for death of person of whom debtor was dependent for support.
C. $　-NONE-　Compensation from private disability policies or annuities.

9.　**INDIVIDUAL RETIREMENT PLANS AS DEFINED IN THE INTERNAL REVENUE CODE AND ANY PLAN TREATED IN THE SAME MANNER AS AN INDIVIDUAL RETIREMENT PLAN UNDER THE INTERNAL REVENUE CODE.** (NCGS 1C-1601(a)(9). No limit on number or amount.) **AND OTHER RETIREMENT FUNDS DEFINED IN 11 U.S.C. § 522(b)(3)(c).**

| Detailed Description | Value |
|---|---|
| -NONE- | |

10.　**COLLEGE SAVINGS PLANS QUALIFIED UNDER SECTION 529 OF THE INTERNAL REVENUE CODE.** (NCGS 1C-1601(a)(10). Total net value not to exceed $25,000 and may not include any funds placed in a college saving plan within the preceding 12 months not in the ordinary course of the debtor's financial affairs. This exemption applies only to the extent that the funds are for a child of the debtor and will actually be used for the child's college or university expenses.)

| Detailed Description | Value |
|---|---|
| -NONE- | |

91C *(09/13)*

11.     **RETIREMENT BENEFITS UNDER A RETIREMENT PLAN OF OTHER STATE AND GOVERNMENTAL UNITS OF OTHER STATES, TO THE EXTENT THOSE BENEFITS ARE EXEMPT UNDER THE LAWS OF THAT STATE OR GOVERNMENTAL UNIT.** (NCGS 1C-1601(a)(11). No limit on amount.)

        **Description:**
        **-NONE-**

12.     **ALIMONY, SUPPORT, SEPARATION MAINTENANCE AND CHILD SUPPORT.** (NCGS 1C-1601(a)(12).  No limit on amount to the extent such payments are reasonably necessary for the support of Debtor or dependent of Debtor.)

        **Description:**
        **-NONE-**

13.     **ANY OTHER REAL OR PERSONAL PROPERTY WHICH DEBTOR DESIRES TO CLAIM AS EXEMPT THAT HAS NOT PREVIOUSLY BEEN CLAIMED ABOVE.**  (NCGS 1C-1601(a)(2).  The amount claimed may not exceed the remaining amount available under paragraph 1(b) which has not been used for other exemptions.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

(a) Total Net Value of property claimed in paragraph 13.                                                                    $ _____ 0.00

(b) Total amount available from paragraph 1(b).                                                                              $ _____ 5,000.00
(c) Less amounts from paragraph 1(b) which were used in the following paragraphs:

           Paragraph 3(b)          $ _____
           Paragraph 4(b)          $ _____
           Paragraph 5(c)          $ _____
           Net Balance Available from paragraph 1(b)   $ _____ 5,000.00
           Total Net Exemption   $ _____

14.     **OTHER EXEMPTIONS CLAIMED UNDER THE LAWS OF THE STATE OF NORTH CAROLINA:**

        **-NONE-**
        TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                                  $ _____ 0.00

15.     **EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW:**

        **-NONE-**
        TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                                  $ _____ 0.00

16. **RECENT PURCHASES**

The exemptions provided in NCGS 1C-1601(a)(2), (3), (4), and (5) are inapplicable with respect to tangible personal property purchased by the debtor less than 90 days preceding the initiation of judgment collection proceedings or the filing of a petition for bankruptcy, unless the purchase of the property is directly traceable to the liquidation or conversion of property that may be exempt and no additional property was transferred into or used to acquire the replacement property.

List tangible personal property purchased by the debtor less than 90 days preceding the filing of the bankruptcy petition:

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

DATE  **April  3, 2018** _____                    **/s/ Steven Rohlfing** _____
                                            **Steven Rohlfing**
                                            Debtor

4/03/18 4:03PM

**Fill in this information to identify the case:**

Debtor name **Lowgap Grocery & Grill, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **Bluevine Capital Inc**<br>Creditor's Name<br><br>**401 Warren St., Ste 300**<br>**Redwood City, CA 94063**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Over 90 days old: Old credit accounts for customers** | **$36,284.22** | **$300.00** |

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Bluevine Capital Inc**
**2. FiveTower LLC**
**3. Forward Financing**
**4. Mantis Funding, LLC**
**5. OnDeck**
**6. Platinum Rapid Funding Group LTD**
**7. Yellowstone Capital, LLC**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2**  **FiveTower LLC**<br>Creditor's Name<br><br>**20191 NE 16th Place**<br>**Miami, FL 33179**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Over 90 days old: Old credit accounts for customers** | **$47,020.08** | **$300.00** |

Creditor's email address, if known

Date debt was incurred

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **Lowgap Grocery & Grill, LLC**                                    Case number (if know) _____

Name

---

**Last 4 digits of account number**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **Forward Financing** | Describe debtor's property that is subject to a lien | $67,293.92 | $300.00 |
|---|---|---|---|---|

Creditor's Name

**36 Bromfield Street, 2nd Floor**
**Boston, MA 02108**

Creditor's mailing address

**Over 90 days old: Old credit accounts for customers**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | **Mantis Funding, LLC** | Describe debtor's property that is subject to a lien | $29,000.00 | $300.00 |
|---|---|---|---|---|

Creditor's Name

**64 Beaver Street, Ste 344**
**New York, NY 10004**

Creditor's mailing address

**Over 90 days old: Old credit accounts for customers**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 | **Newtek** | Describe debtor's property that is subject to a lien | $649,830.67 | $455,920.00 |
|---|---|---|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 4

Debtor **Lowgap Grocery & Grill, LLC**                                          Case number (if know) _____
_____
Name

| Creditor's Name | 8773 W. Pine St., Lowgap, NC 27024 Convenience Store and Restaurant and land and house located on lot next door but uses street address of 8793 W. Pine Street. All secured under same note. |
|---|---|

**60 Hempstead Avenue, 6th Floor**
**West Hempstead, NY 11552**
Creditor's mailing address

**Describe the lien**
**Small Business Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03.24.16**

**Last 4 digits of account number**
**8988**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **OnDeck** | Describe debtor's property that is subject to a lien | $16,815.03 | $300.00 |
|---|---|---|---|---|

Creditor's Name

**1400 Broadway**
**New York, NY 10018**
Creditor's mailing address

**Over 90 days old: Old credit accounts for customers**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Platinum Rapid Funding Group LTD** | Describe debtor's property that is subject to a lien | $14,460.79 | $300.00 |
|---|---|---|---|---|

Creditor's Name

**348 RXR Plaza**
**Uniondale, NY 11556**
Creditor's mailing address

**Over 90 days old: Old credit accounts for customers**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                page 3 of 4

Debtor   **Lowgap Grocery & Grill, LLC**

Name

Case number (if know) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.1** | |

---

| 2.8 | **Yellowstone Capital, LLC** | Describe debtor's property that is subject to a lien | $13,112.00 | $300.00 |
|---|---|---|---|---|

Creditor's Name

**30 Broad Street, 14th Floor, Ste 1462 New York, NY 10004**

Creditor's mailing address

**Over 90 days old: Old credit accounts for customers**

Describe the lien

_____

**Is the creditor an insider or related party?**

_____

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.1** | |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $873,816.71 |
|---|---|---|

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Revenue Assurance Partners 19399 Helenberg Rd., Stes. 5 & 6 Covington, LA 70433** | Line  **2.2** | **7483** |

| Fill in this information to identify the case: |
| :--- |

Debtor name    **Lowgap Grocery & Grill, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| :--- | :--- | ---: | ---: |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| :--- | :--- | :--- | ---: | ---: |
|  | **Attorney General of North Carolina** | *Check all that apply.* |  |  |
|  | **9001 Mail Service Center** | ☐ Contingent |  |  |
|  | **Raleigh, NC 27699-9001** | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  |  | **Noticw** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY | ■ No |  |  |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| :--- | :--- | :--- | ---: | ---: |
|  | **Attorney General Of the United** | *Check all that apply.* |  |  |
|  | **States** | ☐ Contingent |  |  |
|  | **US Dept. of Justice** | ☐ Unliquidated |  |  |
|  | **900 Pennsylvania Ave NW** | ☐ Disputed |  |  |
|  | **Washington, DC 20530** |  |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  |  | **Notice** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY | ■ No |  |  |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |  |  |

| Debtor | **Lowgap Grocery & Grill, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

2.3 **Credit Bureau**
**PO Box 26140**
**Greensboro, NC 27402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.4 **Employment Security Commission**
**Of NC**
**700 Wade Avenue**
**Raleigh, NC 27605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.5 **Internal Revenue Service**
**Centralized Insolvency**
**P.O. Box 7346**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.6 **NC Department of Revenue**
**PO Box 25000**
**Raleigh, NC 27640**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,279.47**     **$10,279.47**

Date or dates debt was incurred

Basis for the claim:
**Sales Tax Payable estimated to all be penalty
and interst**

Last 4 digits of account number **Sales Tax**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

4/03/18 4:03PM

| Debtor | **Lowgap Grocery & Grill, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**North Carolina ABC Commission**
**400 E. Tryon Rd**
**Raleigh, NC 27610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Supremem Court of the State of**
**New York**
**Orange County**
**Goshen, NY 10924**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,929.87 | $1,929.87 |

**Surry County**
**118 Hamby Road**
**Dobson, NC 27014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Surry County Clerk of Superior**
**Court**
**201 E. Kapp St.**
**Dobson, NC 27017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Lowgap Grocery & Grill, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Surry County Tax Dept**
**PO Box 576**
**Dobson, NC 27017-0576**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Wake County District Court**
**P.O. Box 351**
**Raleigh, NC 27602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $635.19 |
|---|---|---|---|

**Advance Consumer Electronics**
**5103 HWY 158 West**
**Advance, NC 27006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Air-Serv**
**3201 W. Royal Lane, Suite 100**
**Irving, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  1 coin tire pump

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,120.72 |
|---|---|---|---|

**Amerigas**
**1766 Andy Griffith Pkwy South**
**Mount Airy, NC 27030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **Lowgap Grocery & Grill, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Cintas Corporation**<br>**1421 N. Barkley Rd**<br>**Statesville, NC 28677**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  3928** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,290.28** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Coca-Cola Bottling**<br>**PO Box 751257**<br>**Charlotte, NC 28275-1257**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  1 bunn coffee maker, 1 coke fountain dispenser, 1 coke coin dispenser, 1 cappuccino maker**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Cooke Rental**<br>**825 W. Lebanon St**<br>**Mount Airy, NC 27030**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,251.45** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Duke Energy**<br>**PO Box 1090**<br>**Charlotte, NC 28201-1090**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,662.13** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Eden Oil Company**<br>**2507 Richardson Dr**<br>**Reidsville, NC 27320**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,289.38** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Enterprise Rendering Company**<br>**28821 Bethlehm Church Rd**<br>**Oakboro, NC 28129**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  1 used cooking oil holding tank**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Frito-Lay**<br>**75 Remittance Dr., Suite 1217**<br>**Chicago, IL 60675**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Lowgap Grocery & Grill, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,289.53** |
|---|---|---|---|

**H. T. Hackney Co.**
**PO Box 428**
**Newton, NC 28658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Heartland Payment Systems**
**One Heartland Way**
**Jeffersonville, IN 47130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  5762

Basis for the claim:  Credit card processing terminal

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hometown Ice**
**270 Trail Drive**
**Rocky Mount, VA 24151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  2 ice freezers

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$953.69** |
|---|---|---|---|

**Industrial Fire & Safety Inc**
**PO Box 1352**
**Mount Airy, NC 27030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,771.58** |
|---|---|---|---|

**L&H**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$787.71** |
|---|---|---|---|

**Monroe Hardware Co, Inc.**
**1590 Walkup Ave**
**Monroe, NC 28110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,839.80** |
|---|---|---|---|

**Mount Airy News**
**319 N. Renfro Street**
**Mount Airy, NC 27030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Lowgap Grocery & Grill, LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$2,108.07** |

**Mount Airy Oil Company**
**PO Box 824**
**Mount Airy, NC 27030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **Unknown** |

**OpenEdge**
**2578 W 600 N**
**Lindon, UT 84042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8545**

Basis for the claim:  **2 credit card processing terminals**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **Unknown** |

**Pepsi Bottling Ventures, LLC**
**PO Box 75990**
**Charlotte, NC 28275-0990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **1 pepsi fountain dispenser, 1 pepsi coin dispenser, 1 small pepsi cooler**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$0.00** |

**Performance Food Service**
**1144 Broadway Rd.**
**Sanford, NC 27332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$529.25** |

**Petroserve Inc.**
**7039 Ellison Road**
**Stokesdale, NC 27357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$0.00** |

**Pizza Wholesale of Lexington**
**PO Box 757**
**Paris, KY 40362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$13,645.50** |

**PNC Bank**
**Attn: Officer or Managing Agent**
**501 N. Main St**
**Mount Airy, NC 27030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Short Term Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Lowgap Grocery & Grill, LLC**                                    Case number *(if known)*
                    Name

| | | |
|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **$0.00** |

**R.H. Barringer**
**1015 Ziglar Rd**
**Winston Salem, NC 27105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **$2,383.92** |
|---|---|---|

**Republic Waste-NC**
**PO Box 9001099**
**Louisville, KY 40290-1099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **Unknown** |
|---|---|---|

**Rockaway Funding Solutions a.k.a. RFS**
**3434 Fairway Rd**
**Oceanside, NY 11572**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **$93.80** |
|---|---|---|

**Service Tools Co, LLC**
**PO Box 12240**
**New Iberia, LA 70562-2240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **$216.83** |
|---|---|---|

**STMC**
**PO Box 63056**
**Charlotte, NC 28263-3056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **$70.00** |
|---|---|---|

**Surry County Fire Marshal**
**1218 State Street, Suite 600**
**Mount Airy, NC 27030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **Unknown** |
|---|---|---|

**Venco Business Solutions**
**50 Orchard View Lane**
**Bland, VA 24315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **1-ATM**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Lowgap Grocery & Grill, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Williams & Williams, Inc.**<br>**PO Box 34307**<br>**Louisville, KY 40232** | Line  **3.16** | **39SC** |
| | | ☐  Not listed. Explain ____ | |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 12,209.34 |
| **5b. Total claims from Part 2** | 5b. + | $ | 51,938.83 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 64,148.17 |

4/03/18 4:03PM

**Fill in this information to identify the case:**

Debtor name    **Lowgap Grocery & Grill, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Customer Termination Settlement** | |
| State the term remaining    **150 Weeks** | **Cintas Corporation**<br>**1421 N. Barkley Rd**<br>**Statesville, NC 28677** |
| List the contract number of any government contract | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Lowgap Grocery & Grill, LLC__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Steven Rohlfing** | | **NC Department of Revenue** | ☐ D _____<br>■ E/F __2.6__<br>☐ G _____ |
| 2.2 | **Wayne Rohlfing** | 8773 W. Pine St<br>Lowgap, NC 27024 | **Newtek** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Wayne Rohlfing** | 8773 W. Pine St<br>Lowgap, NC 27024 | **Advance Consumer Electronics** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.4 | **Wayne Rohlfing** | 8773 W. Pine St<br>Lowgap, NC 27024 | **Amerigas** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.5 | **Wayne Rohlfing** | 8773 W. Pine St<br>Lowgap, NC 27024 | **Cooke Rental** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |

Debtor  **Lowgap Grocery & Grill, LLC**                                        Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Duke Energy | ☐ D _____<br>☑ E/F __3.7__<br>☐ G _____ |
| 2.7 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Eden Oil Company | ☐ D _____<br>☑ E/F __3.8__<br>☐ G _____ |
| 2.8 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | H. T. Hackney Co. | ☐ D _____<br>☑ E/F __3.11__<br>☐ G _____ |
| 2.9 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Industrial Fire &<br>Safety Inc | ☐ D _____<br>☑ E/F __3.14__<br>☐ G _____ |
| 2.10 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Mount Airy News | ☐ D _____<br>☑ E/F __3.17__<br>☐ G _____ |
| 2.11 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Mount Airy Oil<br>Company | ☐ D _____<br>☑ E/F __3.18__<br>☐ G _____ |
| 2.12 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | North Carolina ABC<br>Commission | ☐ D _____<br>☑ E/F __2.7__<br>☐ G _____ |
| 2.13 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Petroserve Inc. | ☐ D _____<br>☑ E/F __3.22__<br>☐ G _____ |

Debtor    **Lowgap Grocery & Grill, LLC**                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Wayne Rohlfing**  8773 W. Pine St  Lowgap, NC 27024 | **Republic Waste-NC** | ☐ D _____  ■ E/F __3.26__  ☐ G _____ |
| 2.15 | **Wayne Rohlfing**  8773 W. Pine St  Lowgap, NC 27024 | **Service Tools Co, LLC** | ☐ D _____  ■ E/F __3.28__  ☐ G _____ |
| 2.16 | **Wayne Rohlfing**  8773 W. Pine St  Lowgap, NC 27024 | **STMC** | ☐ D _____  ■ E/F __3.29__  ☐ G _____ |
| 2.17 | **Wayne Rohlfing**  8773 W. Pine St  Lowgap, NC 27024 | **Surry County** | ☐ D _____  ■ E/F __2.9__  ☐ G _____ |
| 2.18 | **Wayne Rohlfing**  8773 W. Pine St  Lowgap, NC 27024 | **Surry County Fire Marshal** | ☐ D _____  ■ E/F __3.30__  ☐ G _____ |
| 2.19 | **Wayne Rohlfing**  8773 W. Pine St  Lowgap, NC 27024 | **Attorney General of North Carolina** | ☐ D _____  ■ E/F __2.1__  ☐ G _____ |
| 2.20 | **Wayne Rohlfing**  8773 W. Pine St  Lowgap, NC 27024 | **Credit Bureau** | ☐ D _____  ■ E/F __2.3__  ☐ G _____ |
| 2.21 | **Wayne Rohlfing**  8773 W. Pine St  Lowgap, NC 27024 | **Attorney General Of the United States** | ☐ D _____  ■ E/F __2.2__  ☐ G _____ |

| Debtor | **Lowgap Grocery & Grill, LLC** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Surry County Clerk of<br>Superior Court | ☐ D _____<br>■ E/F **2.10**<br>☐ G _____ |
| 2.23 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Surry County Tax<br>Dept | ☐ D _____<br>■ E/F **2.11**<br>☐ G _____ |
| 2.24 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Internal Revenue<br>Service | ☐ D _____<br>■ E/F **2.5**<br>☐ G _____ |
| 2.25 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Employment Security<br>Commission Of NC | ☐ D _____<br>■ E/F **2.4**<br>☐ G _____ |
| 2.26 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Bluevine Capital Inc | ■ D **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.27 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | FiveTower LLC | ■ D **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Forward Financing | ■ D **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.29 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | L&H | ☐ D _____<br>■ E/F **3.15**<br>☐ G _____ |

Debtor   **Lowgap Grocery & Grill, LLC**                                Case number *(if known)*

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30  **Wayne Rohlfing** | 8773 W. Pine St<br>Lowgap, NC 27024 | **OnDeck** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.31  **Wayne Rohlfing** | 8773 W. Pine St<br>Lowgap, NC 27024 | **Platinum Rapid Funding Group LTD** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.32  **Wayne Rohlfing** | 8773 W. Pine St<br>Lowgap, NC 27024 | **Yellowstone Capital, LLC** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.33  **Wayne Rohlfing** | 8773 W. Pine St<br>Lowgap, NC 27024 | **NC Department of Revenue** | ☐ D _____<br>■ E/F __2.6__<br>☐ G _____ |
| 2.34  **Wayne Rohlfing** | 8773 W. Pine St<br>Lowgap, NC 27024 | **PNC Bank** | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |
| 2.35  **Wayne Rohlfing** | 8773 W. Pine St<br>Lowgap, NC 27024 | **Heartland Payment Systems** | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.36  **Wayne Rohlfing** | 8773 W. Pine St<br>Lowgap, NC 27024 | **OpenEdge** | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |
| 2.37  **Wayne Rohlfing** | 8773 W. Pine St<br>Lowgap, NC 27024 | **Cintas Corporation** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |

Official Form 206H                                Schedule H: Your Codebtors                                Page 5 of 7

| Debtor | **Lowgap Grocery & Grill, LLC** | Case number *(if known)* | |
|---|---|---|---|

| ▉ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.38 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Rockaway Funding Solutions a.k.a. RFS | ☐ D _____<br>■ E/F ___3.27___<br>☐ G _____ |
| 2.39 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Performance Food Service | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |
| 2.40 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Coca-Cola Bottling | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |
| 2.41 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Frito-Lay | ☐ D _____<br>■ E/F ___3.10___<br>☐ G _____ |
| 2.42 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Mantis Funding, LLC | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.43 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Monroe Hardware Co, Inc. | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.44 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Pepsi Bottling Ventures, LLC | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.45 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Pizza Wholesale of Lexington | ☐ D _____<br>■ E/F ___3.23___<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Lowgap Grocery & Grill, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.46 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | R.H. Barringer | ☐ D _____<br>☑ E/F   **3.25**<br>☐ G _____ |
| 2.47 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Hometown Ice | ☐ D _____<br>☑ E/F   **3.13**<br>☐ G _____ |
| 2.48 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Enterprise Rendering<br>Company | ☐ D _____<br>☑ E/F   **3.9**<br>☐ G _____ |
| 2.49 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Air-Serv | ☐ D _____<br>☑ E/F   **3.2**<br>☐ G _____ |
| 2.50 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Venco Business<br>Solutions | ☐ D _____<br>☑ E/F   **3.31**<br>☐ G _____ |
| 2.51 | Wayne Rohlfing | 8773 W. Pine St<br>Lowgap, NC 27024 | Cintas Corporation | ☐ D _____<br>☐ E/F _____<br>☑ G   **2.1** |

**Fill in this information to identify the case:**

Debtor name    **Lowgap Grocery & Grill, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | **$-360,000.00** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **$-72,623.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | **Other** | **$15,081.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | Lowgap Grocery & Grill, LLC | Case number *(if known)* | |

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | The H.T. Hackney Company c/o Smith Debnam Narron Drake Saintsing & Myers, L.L.P.<br>v<br>Lowgap Grocery & Grill LLC, and Wayne Rohlfing<br>17CVD08502 | Collection | Wake County District Court PO Box 351 Raleigh, NC 27602 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Yellowstone Capital LLC<br>v<br>Lowgap Crocery & Grill, LLC d/b/a Lowgap Grocery & Grill, Steven S. Rohlfing and Wayne H. Rohlfing<br>EF001031-2018 | Collection | Supreme Court of the State of New York Orange County`<br>285 Main St<br>Goshen, NY 10924 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor   Lowgap Grocery & Grill, LLC _____          Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Taylor Law Office<br>2280 S. Church St<br>Suite 203<br>Burlington, NC 27215 | | 03.16.18 | $3,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**

| Debtor | Lowgap Grocery & Grill, LLC | Case number *(if known)* | |
|---|---|---|---|

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    Lowgap Grocery & Grill, LLC                                   Case number *(if known)*

---

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Heartland Payment Systems**<br>**One Heartland Way**<br>**Jeffersonville, IN 47130** | **Lowgap Grocery & Grill, LLC**<br>**8773 W. Pine St**<br>**Lowgap, NC 27024** | **Credit Card Processing Terminal** | **$400.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **OpenEdge**<br>**2578 W 600 N**<br>**Lindon, UT 84042** | **Lowgap Grocery & Grill, LLC**<br>**8773 W. Pine St**<br>**Lowgap, NC 27024** | **2 credit card processing terminals** | **$650.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Hometown Ice**<br>**270 Trail Drive**<br>**Rocky Mount, VA 24151** | **Lowgap Grocery & Grill, LLC**<br>**8773 W. Pine St**<br>**Lowgap, NC 27024** | **2 Ice freezers located outside the store** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Coca-Cola Bottling**<br>**PO Box 751257**<br>**Charlotte, NC 28275-1257** | **Lowgap Grocery & Grill, LLC**<br>**8773 W. Pine St**<br>**Lowgap, NC 27024** | **1 Bunn Coffee maker**<br>**1 fountain dispenser**<br>**1 coin dispenser (located outside store)**<br>**1 cappuccino maker** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Pepsi Bottling Ventures, LLC**<br>**PO Box 75990**<br>**Charlotte, NC 28275-0990** | **Lowgap Grocery & Grill, LLC**<br>**8773 W. Pine St**<br>**Lowgap, NC 27024** | **1 fountain dispenser**<br>**1 coin dispenser (located outside store)**<br>**1 small pepsi display cooler** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Enterprise Rendering Company**<br>**28821 Bethlehm Church Rd**<br>**Oakboro, NC 28129** | **Lowgap Grocery & Grill, LLC**<br>**8773 W. Pine St**<br>**Lowgap, NC 27024** | **1 used cooking-oil holding tank** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Air-Serv**<br>**3201 W. Royal Lane, Suite 100**<br>**Irving, TX 75063** | **Lowgap Grocery & Grill, LLC**<br>**8773 W. Pine St.**<br>**Lowgap, NC 27024** | **1 coin tire pump** | **Unknown** |

Debtor    Lowgap Grocery & Grill, LLC _____    Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Venco Business Solutions<br>50 Orchard View Lane<br>Bland, VA 24315 | Lowgap Grocery & Grill, LLC<br>8773 W. Pine St<br>Lowgap, NC 27024 | 1 - ATM | Unknown |

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Debtor   **Lowgap Grocery & Grill, LLC**                          Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Steven Rohlfing**<br>**8773 W. Pine Street**<br>**Lowgap, NC 27024** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Steven Rohlfing**<br>**8773 W. Pine Street**<br>**Lowgap, NC 27024** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Steven Rohlfing** | **8773 W. Pine Street**<br>**Lowgap, NC 27024** | **Manager** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Wayne Rohlfing** | **8773 W. Pine St**<br>**Lowgap, NC 27024** | **member** | **50%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **Lowgap Grocery & Grill, LLC**                    Case number *(if known)*

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Steven Rohlfing**<br>**8773 W. Pine Street**<br>**Lowgap, NC 27024** | $23000 paid as salary/paycheck | 2017 | salary/paycheck |
| **Relationship to debtor**<br>**Member Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  3, 2018**

**/s/ Steven Rohlfing**                          **Steven Rohlfing**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **Lowgap Grocery & Grill, LLC**

Debtor(s)

Case No.

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,000.00** |
| Prior to the filing of this statement I have received | $ | **3,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions or any other adversary proceeding.**

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April  3, 2018**

*Date*

**/s/ Steven Kent Taylor**
**Steven Kent Taylor 32333**
*Signature of Attorney*
**Taylor Law Office, P.C.**
**2280 S. Church St.**
**Suite 203**
**Burlington, NC 27215**
**336-376-7060  Fax: 866-524-8670**
**Marshall@Taylorlawnc.com**
*Name of law firm*

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Lowgap Grocery & Grill, LLC**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April  3, 2018**

**/s/ Steven Rohlfing**

**Steven Rohlfing/Managing Member**
Signer/Title

Advance Consumer Electronics
5103 HWY 158 West
Advance, NC 27006


Air-Serv
3201 W. Royal Lane, Suite 100
Irving, TX 75063


Amerigas
1766 Andy Griffith Pkwy South
Mount Airy, NC 27030


Attorney General of North Carolina
9001 Mail Service Center
Raleigh, NC 27699-9001


Attorney General Of the United States
US Dept. of Justice
900 Pennsylvania Ave NW
Washington, DC 20530


Bluevine Capital Inc
401 Warren St., Ste 300
Redwood City, CA 94063


Cintas Corporation
1421 N. Barkley Rd
Statesville, NC 28677


Coca-Cola Bottling
PO Box 751257
Charlotte, NC 28275-1257


Cooke Rental
825 W. Lebanon St
Mount Airy, NC 27030


Credit Bureau
PO Box 26140
Greensboro, NC 27402


Duke Energy
PO Box 1090
Charlotte, NC 28201-1090

Eden Oil Company
2507 Richardson Dr
Reidsville, NC 27320


Employment Security Commission Of NC
700 Wade Avenue
Raleigh, NC 27605


Enterprise Rendering Company
28821 Bethlehm Church Rd
Oakboro, NC 28129


FiveTower LLC
20191 NE 16th Place
Miami, FL 33179


Forward Financing
36 Bromfield Street, 2nd Floor
Boston, MA 02108


Frito-Lay
75 Remittance Dr., Suite 1217
Chicago, IL 60675


H. T. Hackney Co.
PO Box 428
Newton, NC 28658


Heartland Payment Systems
One Heartland Way
Jeffersonville, IN 47130


Hometown Ice
270 Trail Drive
Rocky Mount, VA 24151


Industrial Fire & Safety Inc
PO Box 1352
Mount Airy, NC 27030


Internal Revenue Service
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101

L&H


Mantis Funding, LLC
64 Beaver Street, Ste 344
New York, NY 10004


Monroe Hardware Co, Inc.
1590 Walkup Ave
Monroe, NC 28110


Mount Airy News
319 N. Renfro Street
Mount Airy, NC 27030


Mount Airy Oil Company
PO Box 824
Mount Airy, NC 27030


NC Department of Revenue
PO Box 25000
Raleigh, NC 27640


Newtek
60 Hempstead Avenue, 6th Floor
West Hempstead, NY 11552


North Carolina ABC Commission
400 E. Tryon Rd
Raleigh, NC 27610


OnDeck
1400 Broadway
New York, NY 10018


OpenEdge
2578 W 600 N
Lindon, UT 84042


Pepsi Bottling Ventures, LLC
PO Box 75990
Charlotte, NC 28275-0990

Performance Food Service
1144 Broadway Rd.
Sanford, NC 27332


Petroserve Inc.
7039 Ellison Road
Stokesdale, NC 27357


Pizza Wholesale of Lexington
PO Box 757
Paris, KY 40362


Platinum Rapid Funding Group LTD
348 RXR Plaza
Uniondale, NY 11556


PNC Bank
Attn: Officer or Managing Agent
501 N. Main St
Mount Airy, NC 27030


R.H. Barringer
1015 Ziglar Rd
Winston Salem, NC 27105


Republic Waste-NC
PO Box 9001099
Louisville, KY 40290-1099


Revenue Assurance Partners
19399 Helenberg Rd., Stes. 5 & 6
Covington, LA 70433


Rockaway Funding Solutions a.k.a. RFS
3434 Fairway Rd
Oceanside, NY 11572


Service Tools Co, LLC
PO Box 12240
New Iberia, LA 70562-2240


Steven Rohlfing

STMC
PO Box 63056
Charlotte, NC 28263-3056


Supremem Court of the State of New York
Orange County
Goshen, NY 10924


Surry County
118 Hamby Road
Dobson, NC 27017


Surry County Clerk of Superior Court
201 E. Kapp St.
Dobson, NC 27017


Surry County Fire Marshal
1218 State Street, Suite 600
Mount Airy, NC 27030


Surry County Tax Dept
PO Box 576
Dobson, NC 27017-0576


Venco Business Solutions
50 Orchard View Lane
Bland, VA 24315


Wake County District Court
P.O. Box 351
Raleigh, NC 27602


Wayne Rohlfing
8773 W. Pine St
Lowgap, NC 27024


Williams & Williams, Inc.
PO Box 34307
Louisville, KY 40232


Yellowstone Capital, LLC
30 Broad Street, 14th Floor, Ste 1462
New York, NY 10004

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **Lowgap Grocery & Grill, LLC**

Debtor(s)

Case No.

Chapter  **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Lowgap Grocery & Grill, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April  3, 2018

Date

/s/ Steven Kent Taylor

**Steven Kent Taylor 32333**

Signature of Attorney or Litigant

Counsel for   **Lowgap Grocery & Grill, LLC**

**Taylor Law Office, P.C.**
**2280 S. Church St.**
**Suite 203**
**Burlington, NC 27215**
**336-376-7060 Fax:866-524-8670**
**Marshall@Taylorlawnc.com**